A CERTIFIED TRUE COPY

JUL 18 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



FILED IMAGED

JUL 26 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1715

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

(SEE ATTACHED SCHEDULE)

**06CV4032**

**JUDGE ASPEN**

## CONDITIONAL TRANSFER ORDER (CTO-5)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 54 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, 408 F.Supp.2d 1354 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 18 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-5 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

<u>DIST. DIV. C.A. #</u>　　　　　　　<u>CASE CAPTION</u>

**ALABAMA SOUTHERN**
~~ALS   1   06-215~~　　　　　　~~Wilbert Cooley, et al. v. Ameriquest Mortgage, Inc., et al.~~   Opposed 7/17/06

**CALIFORNIA NORTHERN**
~~CAN   3   06-3427~~　　　　　~~Anne Johnson, et al. v. AMC Mortgage Services, Inc.~~   Vacated 7/13/06

**CONNECTICUT**
CT    3   06-434 — 06cv4032    Sandra Damm, et al. v. Ameriquest Mortgage Co., et al.
CT    3   06-488　　　　　　　Brian K. Veinot, et al. v. Argent Mortgage Co., LLC, et al.
CT    3   06-571　　　　　　　Douglas Ingham, et al. v. Ameriquest Mortgage Co.
CT    3   06-662　　　　　　　Jayleen A. LaCross v. Ameriquest Mortgage Co., et al.

**GEORGIA NORTHERN**
GAN   1   06-320　　　　　　Lynn Julien, et al. v. Ameriquest Mortgage Co.
GAN   1   06-830　　　　　　George Willis Jones, Jr. v. Argent Mortgage Co., LLC, et al.

**ILLINOIS CENTRAL**
ILC   1   06-1113　　　　　　Penny Mulvaney v. Town & Country Credit Corp., et al.
ILC   4   06-4030　　　　　　Melissa D. Harris v. Ameriquest Mortgage Co., et al.

**MICHIGAN WESTERN**
MIW   1   06-315　　　　　　Kenneth R. Fitzner, et al. v. Ameriquest Mortgage Co., et al.

**MINNESOTA**
MN   0   06-1719　　　　　　Ameriquest Mortgage Co. v. Lori Mattix, et al.

**MISSOURI EASTERN**
~~MOE   4   06-746~~　　　　　~~Thomas J. Klutho v. Ameriquest Mortgage Co., et al.~~   Opposed 7/18/06

**NEW JERSEY**
NJ   2   06-1221　　　　　　　Kerri Capasso v. Ameriquest Mortgage Co.

**NEW YORK SOUTHERN**
NYS   7   06-2135　　　　　　Audrey R. Harding, et al. v. Ameriquest Mortgage Co.

**PENNSYLVANIA EASTERN**
~~PAE   2   06-944~~　　　　　　~~Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.~~   Opposed 7/17/06

**PENNSYLVANIA MIDDLE**
~~PAM   3   06-697~~　　　　　　~~Ian Jobe, et al. v. Argent Mortgage Co., LLC~~   Opposed 7/10/06